**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DIJOSA ESPINOZA** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00314-LPR-JTK**

**DAVID WEST and LUTHER HAGLER** **DEFENDANTS**

# JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 18th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE